USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/15/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

**FRANK SENIOR,**

**Plaintiff,**

**-against-**

**KASSIA DESIGNS, LLC,**

**Defendant.**

-----------------------------------------------------------------X

**26-CV-04933 (DEH)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

On June 10, 2026, the plaintiff filed the Complaint. As of the date of this order, Defendant Kassia Designs, LLC has not made an appearance or otherwise answered. Furthermore, there is no proof of service on the docket. The plaintiff is directed to file proof of service or, in the alternative, state why the case should not be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 4(m) by Friday, October 2, 2026.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED: New York, New York
September 15, 2026